FILED
CLERK, U.S. DISTRICT COURT

5/5/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cw___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>F & N INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-02839-JFW-PJW<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 5, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE